```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 44769
    DAVID S TRAUB
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-2648


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/06/2004 and was confirmed 02/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
PLAINS COMMERCE BANK        UNSECURED          578.48          .00            .00
GLENVIEW CREDIT UNION       UNSECURED         1681.12          .00          26.37
FORD MOTOR CREDIT           SECURED           6200.00       665.71        6200.00
FORD MOTOR CREDIT           UNSECURED         3621.67          .00          56.81
INTERNAL REVENUE SERVICE    PRIORITY        NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE    PRIORITY           382.40          .00         382.40
FIRST AMERICAN INVESTMEN    UNSECURED          595.00          .00            .00
AT & T WIRELESS             UNSECURED          333.43          .00            .00
COLLECTECH SYSTEMS          UNSECURED        NOT FILED          .00            .00
CVS                         UNSECURED        NOT FILED          .00            .00
EVANSTON NORTHWESTERN HE    UNSECURED        NOT FILED          .00            .00
GOLF MILL FORD              UNSECURED         2500.00          .00          39.21
FAST CASH                   UNSECURED        NOT FILED          .00            .00
GENEVA ROTH VENTURES        UNSECURED        NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE    PRIORITY            22.00          .00          22.00
GLOBAL PAYMENTS             UNSECURED          215.26          .00            .00
GLOVE LAW OFFICE            UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP       UNSECURED          339.69          .00            .00
ICON HEALTH & FITNESS IN    UNSECURED        NOT FILED          .00            .00
I C COLLECTION SERVICE      UNSECURED        NOT FILED          .00            .00
INSTANT CASH ADVANCE        UNSECURED        NOT FILED          .00            .00
JBC & ASSOCIATES            UNSECURED        NOT FILED          .00            .00
JIM SCHAEFFER               UNSECURED         3761.73          .00          59.00
K K WELL DRILLING           UNSECURED        NOT FILED          .00            .00
MOUNT OREAD VENTURES        UNSECURED        NOT FILED          .00            .00
NATIONAL PAYDAY             UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED          .00            .00
NORTHERN AZ CREDIT BUREA    UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP       UNSECURED          309.08          .00            .00
PEAPOD                      UNSECURED        NOT FILED          .00            .00
RECEIVABLE COLLECTION OP    NOTICE ONLY    NOT FILED          .00            .00
AT & T BANKRUPCTY           FILED LATE        775.65          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44769 DAVID S TRAUB
```

```
SKYTEL                     UNSECURED      NOT FILED            .00          .00
SPEEDWEBLOAN.COM           UNSECURED      NOT FILED            .00          .00
STERLING BANK & TRUST      UNSECURED      NOT FILED            .00          .00
T MOBILE                   UNSECURED         131.18            .00          .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00          .00
UNITED LEGAL CORP          NOTICE ONLY    NOT FILED            .00          .00
WEXLER & WEXLER            UNSECURED      NOT FILED            .00          .00
WHOLE FOODS                UNSECURED      NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   UNSECURED        3662.04            .00        57.44
CAVALRY PORTFOLIO SERVIC   UNSECURED         925.53            .00          .00
INTERNAL REVENUE SERVICE   UNSECURED        4724.20            .00        74.10
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY     2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                        509.21
DEBTOR REFUND              REFUND                                          57.75
```

Summary of Receipts and Disbursements:

```
                           RECEIPTS           DISBURSEMENTS

TRUSTEE                   10,150.00

PRIORITY                                          404.40
SECURED                                         6,200.00
   INTEREST                                       665.71
UNSECURED                                         312.93
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              509.21
DEBTOR REFUND                                      57.75
                         --------------      --------------
TOTALS                    10,150.00            10,150.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 12/03/07              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```

                    PAGE   2
          CASE NO. 04 B 44769 DAVID S TRAUB